```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-60027-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK HERNANDEZ, et al.

        Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on defendant **Hannibal Edwards'** Motion to Join and Adopt Co-Defendants' Motions (DE 503). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant Hannibal Edwards is permitted to join in and adopt the following motions: (1) Defendant Paul Wiseberg's Motion to Dismiss Counts 1 and 9-12 of the Indictment (DE 482), (2) Defendant Serge Francois' Motion to Dismiss Indictment (DE 464) and (3) Defendant Howard Helfant's Motion to Dismiss Indictment (DE 472), except as to any matter where standing is an essential element of

participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)