```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-60027-CR-ZLOCH
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.
                                        **O R D E R**

FRANK HERNANDEZ, et al.

        Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Edwards's Motion In Limine (DE 1065). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The instant Motion seeks to exclude a provision of Florida law that prohibits doctors, who practice outside the state of Florida, from prescribing medications to Florida residents, unless "the pharmacist called upon to dispense such order determines, in the exercise of her or his professional judgment, that the order is valid and necessary for the treatment of a chronic or recurrent illness." Fla. Stat. § 465.003(14) (2009). Defendant Edwards argues that this provision of Florida law should be excluded, and the Government should be precluded from making references to violations of this law because a nationwide standard applies to determine whether Defendants acted in the usual course of medical practice. By prior Order (DE 1077), the Court held that a nationwide standard applies, and it is based on laws of the 50

states.  Therefore, the Parties shall stipulate to the law in place during the conduct alleged in the Indictment throughout the 50 states, including the relevant laws and regulations of Florida.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Edwards's Motion In Limine (DE 1065) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record